FILED BY KS D.C.

MAY 27 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

21-14021-CR-CANNON/MAYNARD

CASE NO. _____

IN RE SEALED INDICTMENT

_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the Indictment, arrest warrant, bond recommendation form, this motion to seal, and any resulting order be **SEALED** until the arrest of the defendant or further order of this Court, excepting the United States Attorney's Office and law enforcement personnel, which may obtain copies of the documents referenced above or other sealed document related to this matter for purposes of executing the arrest warrant or extradition for the reason that the integrity of the ongoing investigation might be compromised should knowledge of the arrest warrant become public.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY:    **Lacee Elizabeth Monk**
       LACEE ELIZABETH MONK
       Assistant United States Attorney
       Florida Bar No. 100322
       99 N. E. 4th Street
       Miami, Florida 33132-2111
       TEL (305) 961-9427
       Lacee.Monk@usdoj.gov