UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14021-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**GARRETT PAKO**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek Maynard Following Change of Plea Hearing [ECF No. 52]. On October 22, 2021, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 49] during which Defendant pled guilty to Count Two of the Indictment [ECF No. 3] pursuant to a written plea agreement [ECF No. 50]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count Two, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Count Two [ECF No. 52]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 52] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Garrett Michael Pako as to Count Two of the Indictment is **ACCEPTED**;

3. Defendant Garrett Michael Pako is adjudicated guilty of Count Two of the Indictment,

CASE NO. 21-14021-CR-CANNON

which charges him with attempted coercion and enticement of a minor to engage in sexual activity, in violation of 18 U.S.C. §§ 2422(b) and 3261(a).  In exchange for the Defendant's guilty plea, the United States Attorney's Office agrees to dismiss Count One against the Defendant at sentencing [ECF No. 50 (plea agreement)].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 8th day of November 2021.

*(signature)*

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record